UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
LENYN BLADERIN LANZA HERRERA, individually and on behalf of all others similarly situated,

                                              Plaintiff,                    23-cv-4043

    -against-

CANARSIE MARKET II CORP., LAURA ANSELMO MENESES and ERICK MENESES, as individuals,

                                              Defendants.
-----------------------------------------------------------------------X

**CONSENT TO JOIN COLLECTIVE ACTION FOR OVERTIME WAGES/UNPAID WAGES**

By signing below, I wish to participate in a lawsuit to recover any overtime wages or unpaid wages that may be owed to me under the Fair Labor Standards Act against:

<u>CANARSIE MARKET II CORP., LAURA ANSELMO MENESES and ERICK MENESES, as individuals,</u>

Name (Print): _Santos Emilio Turcios Licona_

Address: _[REDACTED]_

City: _[REDACTED]_    Zip Code: _[REDACTED]_

Telephone: _[REDACTED]_

E-mail: _____

SIGNATURE: _Emilio Turcios_

DATE: _06/12/2023_