UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LENYN BLADERIN LANZA HERRERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>CANARSIE MARKET II CORP.., LAURA ANSELMO MENESES and ERICK MENESES, as individuals,<br><br>Defendants. | Case 1:23-cv-04043-DLI-CLP |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for the Defendants, Canarsie Market II Corp. discloses:

- Canarsie Market II Corp. does not have a parent corporation or publicly-held stock.

Dated: July 3, 2023

        Respectfully submitted,
        SPIRE LAW, PLLC
        2572 W. State Road 426, Suite 2088
        Oviedo, Florida 32765

        By: */s/ Ian E. Smith*
            Ian E. Smith, Esq.
            New York Bar No. 4027447
            ian@spirelawfirm.com
            sarah@spirelawfirm.com
            filings@spirelawfirm.com

        Attorney for Defendants | Canarsie Market II Corp. Erick Meneses, and Laura Anselmo Meneses