UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
LENYN BLADERIN LANZA HERRERA, individually and on
behalf of all others similarly situated,,

                                                              Plaintiff,

        -against-

                                                                              **Case 1:23-cv-04043-DLI-CLP**

CANARSIE MARKET II CORP., LAURA ANSELMO
MENESES and ERICK MENESES, as individuals,

                                                              Defendants.
------------------------------------------------------------------------X

## CONSENT TO JOIN COLLECTIVE ACTION FOR, OVERTIME WAGES AND SPREAD OF HOURS COMPENSATION

By signing below, I wish to participate in a lawsuit to recover any overtime wages, unpaid wages and minimum wages unpaid, that may be owed to me under the Fair Labor Standards Act against:

CANARSIE MARKET II CORP., LAURA ANSELMO MENESES and ERICK MENESES, as individuals,

Name (Print): EDin Sanchez

Address: ████████████████████████

City: ████████       Zip Code: ██████

Telephone: ████████████

E-mail: ██████████████████

SIGNATURE: Edin Sanchez

DATE: 09/07/2023